IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Action No. 95-cr-00184-RPM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TRAVIS EDWARDS,

    Defendant.
_____

### ORDER TO RESPOND
_____

On May 5, 2008, the defendant filed a Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and Motion for Expedited Ruling. No response has been filed by the Government. Assistant United States Attorney Mark J. Barrett entered his appearance on May 8, 2008. It is now

ORDERED that the Government will respond to the motion on or before June 9, 2008.

DATED: June 2nd, 2008

          BY THE COURT:

          s/Richard P. Matsch
          _____
          Richard P. Matsch, Senior Judge